UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN BEAUCHAMP<br><br>                Plaintiff,<br><br>-against-<br><br>CANAL SOUND AND LIGHT, INC.<br><br>                Defendant. | 24-cv-1839 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order of March 13, 2024 (ECF 7), the parties were ordered to submit a joint letter, within 45 days of service of the summons and complaint, informing the Court about the status of their settlement talks. If the parties had not settled, they were to inform the Court whether the case should be referred for mediation or a settlement conference before a magistrate judge, or, to schedule a case management conference. (*Id.*)

Defendant was served March 27, 2024. (*See* ECF 7.) The parties' deadline to submit a joint letter was May 11, 2024. The parties have not done so. I am sua sponte extending the deadline nunc pro tunc until **9:00 AM on May 15, 2024**.

DATED:  May 13, 2024
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge